Case: 6:92cr32

Ramon Medina Molina 20010-148
FCC-FPR-FLORENCE
Federal Prison Camp
P.O. Box 7000
Florence, CO 81226

---------------------------------------------------



FILED

MAY -1 2017

PATRICK KEANEY
By_____ Clerk, U.S. District Court
Deputy Clerk

CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
PO BOX 607
MUSKOGEE OK 74402-0607

TULSA OK
21 APR 2017 PM

US POSTAGE
FIRST-CLASS
$0.460
APR 21 2017
stamps.com
0625-863136676
74401

NIXIE    808    7E 1    0004/26/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 74402060707